EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Cynthia Jane Thomas | 2010 TSPR 41<br><br>178 DPR \_\_\_\_ |

Número del Caso: TS-6632

Fecha: 30 de marzo de 2010

Abogado de la Parte Peticionaria:

   Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Cynthia Jane Thomas

                              6632




                           RESOLUCIÓN



San Juan, Puerto Rico, a 30 de marzo de 2010.

    Examinada la solicitud presentada por la Lcda. Cynthia Jane Thomas, se autoriza su baja voluntaria del ejercicio de la profesión.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo